IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| Jeffrey D. Blanton, | ) | |
| | ) | C/A No. 9:07-CV-0380-DCN |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| Michael J. Astrue, | ) | |
| | ) | |
| Defendant. | ) | |
| ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾ | ) | |

This matter is before the court on Magistrate Judge George Kosko's report and recommendation that this court affirm the decision of the Commissioner denying plaintiff's claim for Supplemental Security Income ("SSI") benefits under Title XVI of the Social Security Act, 42 U.S.C. §§ 1381-1383f. After a review of the magistrate judge's thorough and well-reasoned report, this court finds the Commissioner's decision is supported by substantial evidence. Accordingly, this court **ADOPTS** and **AFFIRMS** the magistrate judge's report and recommendation.

**AND IT IS SO ORDERED.**

*/s/ David C. Norton*

**DAVID C. NORTON**
**CHIEF UNITED STATES DISTRICT JUDGE**

**March 25, 2008**
**Charleston, South Carolina**